274 F.2d 826
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
ST. PAUL BUILDING & CONSTRUCTION TRADES COUNCIL, AFL-CIO, et al.
 No. 16407.
 United States Court of Appeals Eighth Circuit.
 January 29, 1960.
 
 On petition for enforcement of order of National Labor Relations Board.
 Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.
 Donald C. Savelkoul, St. Paul, Minn., for respondents.
 PER CURIAM.
 
 
 1
 Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.